**2006–0151.  State v. Carswell.**
Warren App. No. CA2005–04–047, 2005-Ohio-6547.
RESNICK and PFEIFER, JJ., dissent.

**2006–0184.  Caldwell v. Petersburg Stone Co.**
Mahoning App. No. 05 MA 12, 2005-Ohio-6793. Discretionary appeal accepted on Proposition of Law No. I and discretionary cross-appeal accepted.
RESNICK, J., would also accept the appeal on all other Propositions of Law.
PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.

**2006–0294.  State v. Crager.**
Marion App. No. 9–04–54, 2005-Ohio-6868. Discretionary appeal accepted on Proposition of Law No. III and cause consolidated with 2006–0298, *State v. Crager,* Marion App. No. 9–04–54, 2005-Ohio-6868.
PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on all other Propositions of Law.
O'DONNELL, J., would accept the appeal and hold the cause for the decision in 2005–0773, *State v. Stahl,* Summit App. No. 22261, 2005-Ohio-1137.
RESNICK, J., dissents.

**2006–0514.  In re Adkins.**
Tuscarawas App. No. 2005AP06–0044, 2006-Ohio-431. Discretionary appeal accepted. In addition to Proposition of Law Nos. I and II, the parties are to brief and argue issues relating to rights guaranteed by the United States Constitution relevant to this cause.
RESNICK and PFEIFER, JJ., dissent.